IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SYED ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:22-cv-00003 |
| | ) | |
| ACCURATE BACKGROUND, LLC | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal following the parties' notice of settlement in this matter. (Doc. No. 16). Accordingly, this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE